UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 17 2001
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Derrie X. Nelson, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 00-2786 (ESH) |
| District of Columbia, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

This matter is before the Court on separate motions to dismiss filed by the Virginia and District of Columbia defendants. Plaintiff was given thirty days in which to respond to these motions and advised that if he "neither responds nor moves for an extension of time by the due date, the Court may treat the motions as conceded and dismiss the Virginia and District of Columbia defendants." See Order of June 6, 2001. The Court has not received a response from plaintiff. The District of Columbia Department of Corrections records center confirmed by telephone that plaintiff remains in custody at the Sussex II State Prison in Waverly, Virginia, where a copy of the Court's June 6 order was mailed. Consequently, the motions will be granted as conceded.

An appropriate order accompanies this Memorandum Opinion.

_____
ELLEN SEGAL HUVELLE
United States District Judge

DATE: 7/17/01

21

Copies to:

Mr. Derrie X. Nelson
VA ID#266-361
DCDC #197-143
Sussex II State Prison
24427 Musselwhite Drive
Waverly, VA 23891-2222

<u>Plaintiff</u>

David A. Hyden, Esq.
Assistant Corporation Counsel
General Litigation Division
P.O. Box 14600
Washington, D.C. 20044-4600

<u>Counsel for District of Columbia</u>

Christopher G. Hill, Esq.
Assistant Attorney General
Office of the Attorney General
900 East Main Street
Richmond, VA 23219

<u>Counsel for Virginia Defendants</u>